Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−32345−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Victor Jose Osorio
   497 Piermont Road
   Cresskill, NJ 07626

Social Security No.:
   xxx−xx−7472

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/6/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 7, 2017
JAN: slm

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32345-RG
Victor Jose Osorio                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2              Date Rcvd: Dec 07, 2017
                            Form ID: 148       Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
```
db          +Victor Jose Osorio,    497 Piermont Road,    Cresskill, NJ 07626-1524
517159659   +Albany County Clerk,    95 Tivoli Street,    Albany, NY 12207-1304
517159662   +Arlette Cancel,    60 West 162nd Street,    Bronx, NY 10452-5466
517159666   +Capital One/Neiman Marcus/Bergdorf Goodm,    Po Box 729080,    Dallas, TX 75372-9080
517159674   +Dairyland USA,    240 Food Center Drive,    Bronx, NY 10474-7045
517159679    Federal WIne & Spirits Company,    Port Kearny,    Kearny, NJ 07032
517159680   +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
517159682   +Granite Realty LLC,    Kaplan and Duval, LLP,    530 Old Country Road, Suite 200,
              Westbury, NY 11590-4500
517159684   +Jonathan Colon,    1099 E.23rd Street,    Paterson, NJ 07513-1624
517159685   +Macy's,    P.O. Box 78008,    Phoenix, AZ 85062-8008
517159686   +Mercer County Clerk,    240 W. State Street,    Trenton, NJ 08608-1002
517159687   +New York State Department of Tax,    WA Harriman Campus,    Albany, NY 12227-0001
517198157    New York State Dept of,    Taxation and Finance,    PO Box 5300,    Albany, NY 12205-0300
517159688   ++++ORIN MANAGEMENT CORP.,    PO BOX 541168,    FLUSHING NY  11354-7168
              (address filed with court: Orin Management Corp.,     P.O. Box 1168,    Flushing, NY 11354)
517159689   +Ozzie Perez,    163 Greenvale Avenue,    Yonkers, NY 10703-2003
517159690    PNC,    Attn: PNC Customer Service,    Po Box 53520,    Pittsburg, PA 15253
517159691   +Porsche Financial Srvc,    1 Porsche Dr,    Atlanta, GA 30354-1654
517159692   +Specialized Loan Servicing,    P.O.Box 636005,    Littleton, CO 80163-6005
517159693   +State of New Jersey,    Division of Taxation,    P.O. Boxx 1018,    Moorestown, NJ 08057-0018
517159700   +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517192079   +U.S. Bank National Association Trustee (See 410),     c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517159706   +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517159708   +Wendels Marx Lane & Mittendorf, LLP,    156 W.56th Street,    New York, NY 10019-3800
517159709   +White House Veal Company,    3591 Lorrie Drive,    Oceanside, NY 11572-5947
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2017 22:26:53     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2017 22:26:50     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517159660   +EDI: AMEREXPR.COM Dec 07 2017 22:08:00     Amex,    Correspondence,    Po Box 981540,
              El Paso, TX 79998-1540
517159663    EDI: BMW.COM Dec 07 2017 22:08:00     Bmw Financial Services,    Attn: Bankruptcy Department,
              Po Box 3608,    Dublin, OH 43016
517159668   +EDI: CHASE.COM Dec 07 2017 22:08:00     Chase Bank,    Attn: Bankruptcy,    Po Box 15298,
              Wilmington, DE 19850-5298
517159669   +EDI: CHASE.COM Dec 07 2017 22:08:00     Chase Card,    Attn: Correspondence,    Po Box 15298,
              Wilmington, DE 19850-5298
517159671   +EDI: CHASE.COM Dec 07 2017 22:08:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517159672   +EDI: CHASE.COM Dec 07 2017 22:08:00     Chase Card Services,    Correspondence Dept,
              Po Box 15278,    Wilmington, DE 19850-5278
517159673    EDI: WFNNB.COM Dec 07 2017 22:08:00     Comenity Bank/Express,    Po Box 18215,
              Columbus, OH 43218
517159676    EDI: DISCOVER.COM Dec 07 2017 22:08:00     Discover Financial,    P.O. Box 15316,
              Wilmington, DE 19850
517159675   +EDI: DISCOVER.COM Dec 07 2017 22:08:00     Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
517159677   +E-mail/Text: bankruptcy.bnc@ditech.com Dec 07 2017 22:26:42     Ditech,    Attn: Bankruptcy,
              Po Box 6172,    Rapid City, SD 57709-6172
517159683   +EDI: HFC.COM Dec 07 2017 22:08:00     Hsbc Bank Usa, Na,    Po Box 2013,
              Buffalo, NY 14240-2013
517159694   +EDI: RMSC.COM Dec 07 2017 22:08:00     Syncb/tourneau,    Synchrony Bank,    Po Box 965064,
              Orlando, FL 32896-5064
517159695   +EDI: RMSC.COM Dec 07 2017 22:08:00     Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
              Po Box 956060,    Orlando, FL 32896-0001
517159696   +EDI: RMSC.COM Dec 07 2017 22:08:00     Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 956060,
              Orlando, FL 32896-0001
517159699    EDI: TDBANKNORTH.COM Dec 07 2017 22:08:00     Td Banknorth Maine,    Td Bank/Attn: Bankruptcy,
              Po Box 1190,    Lewiston, ME 04243
517159702    EDI: TFSR.COM Dec 07 2017 22:08:00     Toyota Motor credit Corp,    Po Box 8026,
              Cedar Rapids, IA 52408
517159698   +EDI: CHRYSLER.COM Dec 07 2017 22:08:00     Td Auto Finance,    Attn: Bankruptcy,    Po Box 551080,
              Jacksonville, FL 32255-1080
517159701   +EDI: WTRRNBANK.COM Dec 07 2017 22:08:00     Tnb-Visa (TV) / Target,
              C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,    Minneapolis, MN 55440-9475
517159707   +EDI: WFFC.COM Dec 07 2017 22:08:00     Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,
              Des Moines, IA 50306-0438
                                                                                              TOTAL: 21
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Dec 07, 2017
                              Form ID: 148             Total Noticed: 45


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517159661*      +Amex,   Correspondence,    Po Box 981540,     El Paso, TX 79998-1540
517159665*     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,   DUBLIN OH 43016-0306
                 (address filed with court:   Bmw Financial Services,    Attn: Bankruptcy Department,   Po Box 3608,
                  Dublin, OH 43016)
517159664*     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,   DUBLIN OH 43016-0306
                 (address filed with court:   Bmw Financial Services,    Attn: Bankruptcy Department,   Po Box 3608,
                  Dublin, OH 43016)
517159667*      +Capital One/Neiman Marcus/Bergdorf Goodm,    Po Box 729080,   Dallas, TX 75372-9080
517159670*      +Chase Card,   Attn: Correspondence,    Po Box 15298,   Wilmington, DE 19850-5298
517159678*      +Ditech,   Attn: Bankruptcy,    Po Box 6172,   Rapid City, SD 57709-6172
517159681*      +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
517159697*      +Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517159703*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor credit Corp,    Po Box 8026,   Cedar Rapids, IA 52408)
517159704*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor credit Corp,    Po Box 8026,   Cedar Rapids, IA 52408)
517159705*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor credit Corp,    Po Box 8026,   Cedar Rapids, IA 52408)
                                                                                             TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:
              Aileen  Perez    on behalf of Debtor Victor Jose Osorio aperezesq@yahoo.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Associaition, as Trustee for
               Citigroup Mortgage., Mortgage Pass-Through Certificates, Series 2007-10 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Associaition, as Trustee for
               Citigroup Mortgage., Mortgage Pass-Through Certificates, Series 2007-10 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```