| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br>Victor Jose Osorio | Chapter 13 Case No.: 17-32345<br><br>Hearing Date: 12/6/2017<br><br>Judge: ROSEMARY GAMBARDELLA |

FILED
JEANNE A. NAUGHTON, CLERK
DEC - 6 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## ORDER DISMISSING PETITION WITH A 180 DAY BAR

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

12-6-17    [signature: Rosemary Gambardella]

Debtor: Victor Jose Osorio
Case No.: 17-32345

Caption of Order: **ORDER DISMISSING PETITION WITH A 180 DAY BAR**

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion for a Dismissal of the Debtor(s) Chapter 13 Petition with a 180 Day Bar Order, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s) counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and it appearing that there was bad faith under 11 U.S.C. Section 1307(c) by reason of the multiple filings by Debtor(s) and good and sufficient cause appearing therefrom for the entry of this Order, it is hereby:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed with prejudice; and it is further

ORDERED AND DIRECTED, that the Debtor(s) be barred from re-filing a Chapter 13 Petition for 180 days; and it is further

ORDERED AND DIRECTED, that in the event that this case is dismissed prior to the hearing date of the within Motion, the case will be re-opened to allow this Motion to be heard and to allow the Order to be docketed after the hearing.

2

United States Bankruptcy Court
District of New Jersey

In re:
Victor Jose Osorio
    Debtor

Case No. 17-32345-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 07, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.
db         +Victor Jose Osorio,   497 Piermont Road,   Cresskill, NJ 07626-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:
         Aileen   Perez    on behalf of Debtor Victor Jose Osorio aperezesq@yahoo.com
         Denise E. Carlon    on behalf of Creditor   U.S. Bank National Associaition, as Trustee for
          Citigroup Mortgage., Mortgage Pass-Through Certificates, Series 2007-10 dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Marie-Ann   Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Associaition, as Trustee for
          Citigroup Mortgage., Mortgage Pass-Through Certificates, Series 2007-10 rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                         TOTAL: 5